Gerald D. SIMONSON, Respondent,

v.

ZUPANICH BROTHERS and EBI Companies, Relators,

and

Zupanich Brothers and Sentry Insurance Company, Zupanich Brothers and American Family Insurance Company, Respondents,

and

Northern Minnesota–Wisconsin Retail Food Health & Welfare Fund, intervenor, Respondent,

and

Special Compensation Fund.

No. C7–00–324.

Supreme Court of Minnesota.

May 16, 2000.

Russell J. LaCourse, Duluth, for employee-respondents.

Todd Jerome Thun, Bassford, Lockhart, Truesdall & Briggs, P.A., Minneapolis, for relators.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 27, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Kathleen A. Blatz
Chief Justice